IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01565-MJW-BNB

KIMBERLY VELEZ,

Plaintiff(s),

v.

SERGEANT F.  CASIAS,
NURSE RENEE, D.W.C.F. Unite 6, Graveyard Nurse, and
LIEUTENANT K.  CHAVEZ,

Defendant(s).

---

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

IT IS HEREBY ORDERED that the Order of Reference to Magistrate Judge, entered by Chief Judge Wiley Y. Daniel on October 11, 2011 is VACATED.

Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Boyd N. Boland is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

DATED THIS 21st DAY OF NOVEMBER, 2011.

BY THE COURT:

s/Michael J. Watanabe

MICHAEL J. WATANABE
United States Magistrate Judge