IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01565-MJW-BNB

KIMBERLY VELEZ,

Plaintiff(s),

v.

SERGEANT F.  CASIAS,
NURSE RENEE, D.W.C.F. Unite 6, Graveyard Nurse, and
LIEUTENANT K.  CHAVEZ,

Defendant(s).

---

MINUTE ORDER

---

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that Defendants' Motion to Stay Discovery and Vacate February 9, 2012 Scheduling Conference (docket no. 31) is GRANTED for all of those reasons as stated within this motion.  The Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on February 9, 2012, at 10:30 a.m. is VACATED.

It is FURTHER ORDERED that this case is STAYED pending ruling on the Defendants' Motion to Dismiss (docket no. 30).

Date:  February 2, 2012